**HASTORF CONTRACTING CO., Libelant-Appellee, v. OCEAN TRANSPORTATION CORPORATION, Respondent-Appellee, James C. Davis, as Director General of Railroads, etc., Impleaded-Respondent-Appellee, William Spencer & Son Corporation, Respondent-Appellant.**

No. 94.

(Circuit Court of Appeals, Second Circuit. November 21, 1924.)

Appeal from the District Court of the United States for the Southern District of New York.

Affirming decree 4 F.(2d) 583.

Spitz & Bromberger, of New York City (Edgar Bromberger, of New York City, of counsel), for appellant Wm. Spencer & Son.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for libelant-appellee.

Hunt, Hill & Betts, of New York City (John W. Crandall, of New York City, of counsel), for respondent Ocean Transportation Corporation.

Macklin, Brown & Van Wyck, of New York City, for James C. Davis.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.